[No. 30125-0-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS A. CAMERON, *Appellant.*

By an order of the Court of Appeals September 10, 1993, the opinion in the above captioned case which appeared in the advance sheets at 70 Wn. App. 598-602 has been withdrawn. See 71 Wn. App. 653.